# In the United States District Court for the Southern District of Georgia Savannah Division

JORDAN CARPENTER,
Individually and on the
behalf of the Estate of
Dennis Carpenter,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

CASE NO. 4:24-cv-212

## ORDER

Before the Court is Plaintiff's notice of voluntary dismissal, dkt. no. 84, wherein Plaintiff states he wishes to dismiss, with prejudice, his claims against Defendant Tia Fletcher. Fletcher having filed no answer or motion for summary judgment, the notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the Clerk is **DIRECTED** to terminate Fletcher as a Defendant in this action. Each party shall bear his own fees and costs. Further, Fletcher's jointly-filed motion to dismiss, dkt. no. 80, is **DENIED as moot** as to Fletcher, only.

    **SO ORDERED** this 11 day of August, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA